

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00488-CV

———————————————

IN RE HUONG GILMER GIACCIO, Relator

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 21-4434-431

Before Sudderth, C.J.; Womack and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered: August 6, 2026